# UNITED STATES DISTRICT COURT
## for the
## Eastern District of California



FILED
AUG 12 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) |
| RIGOBERTO RUIZ, JR., | ) Case No. 1:16-CR-120 LJO SKO |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: United States District Court, 2500 Tulare Street, Fresno, CA 93721
*Place*

on 9/21/2016 at 11:00 AM before Magistrate Judge Erica P. Grosjean
*Date and Time*

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance and Compliance Bond, if ordered.

**DEFENDANT'S RELEASE IS DELAYED UNTIL PRETRIAL SERVICES ADVISES THE COURT THAT A MALE BEDSPACE IS AVAILABLE AND WESTCARE IS READY TO ACCEPT DEFENDANT, AT WHICH TIME DEFENDANT WILL BE RELEASED FROM THE FRESNO COUNTY JAIL DIRECTLY TO A REPRESENTATIVE OF WESTCARE OF CALIFORNIA, INCORPORATED.**

**PURSUANT TO NOTIFICATION FROM PRETRIAL SERVICES ON 8/9/2016, WESTCARE NOW HAS A BEDSPACE AVAILABLE AND WILL PICK DEFENDANT UP FROM THE FRESNO COUNTY JAIL AT 10:00 AM ON AUGUST 12, 2016.**

Case 1:16-cr-00120-LJO-SKO Document 13 Filed 08/12/16 Page 1 of 3

RUIZ, Rigoberto Jr.
Doc. No. 1:16-MJ-0083-SMS        1:16-CR-120-LJO-SKC

# ADDITIONAL CONDITIONS OF RELEASE

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community, it is FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

☑ (6)   The defendant is placed in the custody of:

   Name of person or organization    Priscilla Gaitan.

   who agrees (a) to supervise the defendant in accordance with all conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

   SIGNED: _____
                  CUSTODIAN

☑ (7)   The defendant shall:
☑   (a)   report on a regular basis to the following agency: Pretrial Services and comply with their rules and regulations;
☑   (b)   report in person to the Pretrial Services Agency on the first working day following your release from custody;
☑   (c)   reside at a location approved by the PSO, and not move or be absent from this residence without prior approval of PSO; travel restricted to Fresno County, unless otherwise approved in advance by PSO;
☑   (d)   report any contact with law enforcement to your PSO within 24 hours;
☑   (e)   not associate or have any contact with codefendant(s) or gang members/associates unless in the presence of counsel or otherwise approved in advance by the PSO;
☑   (f)   refrain from possessing or be at any location where a firearm/ammunition, destructive device, or other dangerous weapon is present; additionally, you shall provide written proof of divestment of all firearms/ammunition, currently under your control;
☑   (g)   submit to drug or alcohol testing as approved by the PSO. You shall pay all or part of the costs of the testing services based upon your ability to pay, as determined by the PSO;
☑   (h)   refrain from ANY use of alcohol, or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medical marijuana, prescribed or not, may not be used;
☑   (i)   participate in a program of medical or psychiatric treatment including treatment for drug or alcohol dependency, as approved by the PSO; you shall pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the PSO;
☑   (j)   not obtain a passport or other traveling documents during the pendency of this case;
☑   (k)   participate in the substance abuse treatment program at WestCare in Fresno, and comply with all the rules and regulations of the program. You shall remain at WestCare inpatient facility until released by the Pretrial Services Officer; A responsible party approved by Pretrial Services, shall escort you to all required court hearings and escort you back to the program upon completion of the hearing;
☑   (l)   participate in the Better Choices court program and comply with all the rules and regulations of the program. You shall remain in the program until released by a PSO. In accordance with this condition, you must appear before the Honorable Erica P. Grosjean, courtroom 10, on September 21, 2016 at 11:00 a.m.;
☑   (m)   participate in a cognitive behavior treatment program as directed by the PSO. Such programs may include group sessions led by a counselor or participation in a program administered by the Pretrial Services office;
☑   (n)   appear before the Honorable Erica P. Grosjean on October 19, 2016, at 11:00 a.m. for a bail review hearing to determine the defendant's future placement in the community; and,

## USMS SPECIAL INSTRUCTIONS:

☑   (o)   have your release on bond delayed until such time that Pretrial Services advises the Court that a male bedspace is available and WestCare is ready to accept the defendant; at which time, you shall be released from the Fresno county Jail to a representative from WestCare of California, Incorporated.

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Defendant's Signature

### Directions to the United States Marshal

( ✓ ) The defendant is ORDERED released after processing.

Date: 8/12/16

E. P. _____
Judicial Officer's Signature

Erica P. Grosjean, U.S. Magistrate Judge
Printed name and title

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL